# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

| | |
|---|---|
| SSC8, LLC and WMAC 2014, LLC, <br><br> Plaintiffs, <br><br> v. <br><br> SALLY L. DANIEL, in her official capacity as Hernando County Tax Collector, LISA CULLEN, in her official capacity as Brevard County Tax Collector, DAVID W. JORDAN, in his official capacity as Lake County Tax Collector, BRUCE VICKERS, in his official capacity as Osceola County Tax Collector, J. R. KROLL, in his official capacity as Seminole County Tax Collector, CHRIS CRAFT, in his official capacity as St. Lucie County Tax Collector, and WILL ROBERTS, in his official capacity as Volusia County Tax Collector, <br><br> Defendants. | Civil Action No. |

## SUMMONS IN A CIVIL ACTION

**To:**   Osceola County Tax Collector
         Bruce Vickers, as Tax Collector
         2501 E. Irlo Bronson Memorial Highway
         Kissimmee, Florida 34744

A lawsuit has been filed against you.

    Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency,

or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> Nicole Deese Newlon, Esquire
> Johnson, Cassidy, Newlon & DeCort, P.A.
> 2802 N. Howard Avenue
> Tampa, Florida 33607

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.

CLERK OF COURT

Date: _____        _____

Signature of Clerk or Deputy Clerk