IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTIRCT OF FLORIDA
TAMPA DIVISION

SSC8, LLC and WMAC 2014, LLC,

    Plaintiffs,

v.

SALLY L. DANIEL, in her official capacity as Hernando County Tax Collector, LISA CULLEN, in her officially capacity as Brevard County Tax Collector, DAVID W. JORDAN, in his official capacity as Lake County Tax Collector, BRUCE VICKERS, in his official capacity as Osceola County Tax Collector, J.R. KROLL, in his official capacity as Seminole County Tax Collector, CHRIS CRAFT, in his official capacity as St. Lucia County Tax Collector, and WILL ROBERTS, in his official capacity as Volusia County Tax Collector,

    Defendants.
_____/

Civil Action No.   8:22-CV-289-VMC-AAS

**UNOPPOSED MOTION FOR EXTENSION OF TIME**

    Defendant, DAVID JORDAN, in his official capacity as Lake County Tax Collector, (hereafter "Lake Tax"), by and through his undersigned counsel, submits this Unopposed Motion for Extension of Time to file a Response to Plaintiffs' Complaint, and in support thereof states:

    1.    Lake Tax's Response to Plaintiffs' Complaint is currently due on March 1, 2022. Counsel for Lake Tax has contacted counsel for the Plaintiffs and they are in agreement with a brief extension.

1

2. Lake Tax's counsel is in need of additional time in order to properly and adequately prepare a Response to Plaintiffs' Complaint, and confer with her client and Plaintiffs' counsel regarding the scope of the claims alleged against Lake Tax.

3. This Court has the authority to extend the time for a Response pursuant to Rule 1.090, Florida Rules of Civil Procedure and such request is not offered for purposes of inappropriate delay in the proceedings of this case.

4. Lake Tax respectfully requests up through and including March 7, 2022, to serve its Response to Plaintiffs' Complaint.

5. The granting of this Motion is in the interest of justice and will not prejudice the Plaintiffs or the Court.

6. This motion is filed in good faith and is not filed to unduly delay or prejudice the Plaintiffs.

Respectfully submitted this 25th day of February, 2022.

/s/ *Stephanie J. Brionez*
STEPHANIE J. BRIONEZ, Esq.
Florida Bar No. 0638161
Brionez + Brionez, P.A.
P.O. Box 985
Tavares, FL 32778
352-432-4044
352-609-2876 – fax
Email: StephB@bblawfl.com
Secondary: WendyC@bblawfl.com
Attorney for Defendant, DAVID JORDAN

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 25th day of February, 2022, I filed the foregoing with the Clerk of the Court via the Court's CM/ECF system, which will send an electronic notice to all counsel of record.

/s/ *Stephanie J. Brionez*
STEPHANIE J. BRIONEZ, Esq.
Florida Bar No. 0638161
Brionez + Brionez, P.A.
P.O. Box 985
Tavares, FL 32778
352-432-4044
352-609-2876 – fax
Email: StephB@bblawfl.com
Secondary: WendyC@bblawfl.com
Attorney for Defendant, DAVID JORDAN