IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

| | |
|---|---|
| SSC8, LLC and WMAC 2014, LLC,<br><br>Plaintiffs,<br><br>v.<br><br>SALLY L. DANIEL, et al.,<br><br>Defendants. | Civil Action No. 8:22-cv-00289-VMC-AAS |

**PLAINTIFFS' UNOPPOSED MOTION FOR LEAVE
TO FILE A RESPONSE IN EXCESS OF TWENTY PAGES**

Plaintiffs, SSC8, LLC and WMAC 2014, LLC (collectively, "Plaintiffs"), by and through undersigned counsel and pursuant to Local Rule 3.01(b), hereby move this Court for leave to file a response to the two pending Motions to Dismiss (ECF Nos. 48 and 52) in excess of twenty pages not to exceed thirty-five pages, and in support thereof, states as follows:

**I.   RELIEF REQUESTED**

Plaintiffs respectfully request leave under Local Rule 3.01(b) to file a consolidated response to the two currently pending Motions to Dismiss (ECF Nos. 48 and 52) in excess of twenty pages but not to exceed thirty-five pages.

**II.   BASIS FOR THE REQUEST**

The two currently pending Motions to Dismiss address many of the same legal issues.  Under the Local Rules, Plaintiffs would be authorized to file separate twenty page responses to each Motion.  A consolidated response, however, would

enable Plaintiffs to present the arguments and responses more concisely. Defendants do not oppose this Motion.

## III. CONCLUSION

For the foregoing reasons, Plaintiffs respectfully request leave to file their consolidated response to the pending Motions to Dismiss in excess of twenty pages but not to exceed thirty-five pages.

### LOCAL RULE 3.01(g) CERTIFICATION

Counsel for Plaintiffs has conferred with counsel for all the Defendants, and none of the Defendants object to the relief requested herein.

Dated: March 20, 2022.

                                        Respectfully submitted,

*/s/ Nicole Deese Newlon*
NICOLE DEESE NEWLON, FBN 832391
nnewlon@jclaw.com
JAMES JEFFREY BURNS, FBN 111395
jburns@jclaw.com
**JOHNSON, CASSIDY,**
**NEWLON & DECORT, P.A.**
2802 N. Howard Avenue
Tampa, Florida 33607
Telephone: (813) 699-4859
Facsimile: (813) 235-0462

and

BRUCE P. BROWN (*pro hac vice*
application forthcoming)
bbrown@brucepbrownlaw.com
**BRUCE P. BROWN LAW LLC**
1123 Zonolite Road
Atlanta, Georgia 30306
Telephone: (404) 386-6856
*Lead Counsel*

*Counsel for Plaintiffs*

2

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on March 20, 2022, a true and correct copy of the foregoing was electronically filed by using the CM/ECF System, which will serve a copy on all counsel of record.

/s/ *Nicole Deese Newlon*
Attorney