UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

SSC8, LLC, and WMAC 2014, LLC,

    Plaintiff,

v.                                Case No. 8:22-cv-289-WFJ-AAS

SALLY L. DANIEL, DAVID W. JORDAN, BRUCE VICKERS, J. R. KROLL, CHRIS CRAFT, and WILL ROBERTS,

    Defendants.
_____/

## ORDER REGARDING CONDUCT OF HEARING SET SEPTEMBER 22, 2022

The Court will entertain opening arguments, ten (10) minutes per side. Each side will have three hours to present their respective cases. The parties are expected to work collaboratively on the exhibits and deposition excerpts. Witnesses are permitted to appear by Zoom provided the parties inform the Court which witnesses will so appear, and do so no later than tomorrow by 5:00 p.m.

**DONE AND ORDERED** at Tampa, Florida, on September 19, 2022.

_____
WILLIAM F. JUNG
UNITED STATES DISTRICT JUDGE

**COPIES FURNISHED TO:**
Counsel of record